IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SWATHI GADDAM,

       Plaintiff,

v.                                  C.A. NO.  17-606

METROPOLITAN LIFE INSURANCE
COMPANY and TRINET GROUP, INC.,

       Defendants,

**JURY TRIAL DEMANDED**

**STIPULATION FOR DISMISSAL**

       AND NOW comes the Plaintiff in the above case, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and through counsel, and hereby dismisses with prejudice all claims asserted by Plaintiff against THE METROPOLITAN LIFE INSURANCE COMPANY and. TRINET GROUP, INC. Plaintiff and Defendants shall each bear their own costs and attorneys fees.

Respectfully submitted,

*/s/ John D. Newborg*_____  
John D. Newborg, Esquire  
428 Forbes Avenue  
Suite 1600 Lawyers Building  
Pittsburgh, PA  15219  
*newborglaw@gmail.com*  
Telephone:  412-281-1106  
Fax:  412-227-0964  
*Counsel for Plaintiffs*,

/s/ *James L. Griffith*_____  
James L. Griffith, Jr., Esquire  
Reger Rizzo Darnall  
Cira Centre, 13th Floor  
2929 Arch Street  
Philadelphia, PA  19104  
*jgriffith@regerlaw.com*  
Telephone:  215 495-6510  
Fax:  215 495-6600  
*Counsel for MetLife*

*/s/ Todd Ewan*_____  
Todd Ewan, Esquire  
Fisher & Phillips, LLP  
150 N. Radnor Chester Rd.  
Suite C300  
Radnor, PA  19087  
*twan@fisherphillips.com*  
Telephone:  610-230-2134  
Fax:  610-230-2151